# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0344. AARON LEIGH OBEGINSKI v. THE STATE.

On May 13, 2021, Aaron Obeginski filed this application for discretionary review of the trial court's April 9, 2021 order denying his motion to set aside a judgment. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Obeginski filed his application for discretionary review 34 days after entry of the trial court's order denying his motion. Consequently, his application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/09/2021
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*